**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Keith Maurice MCFADDEN, a.k.a.
Shine, Defendant–Appellant.**

No. 05–14999
Non–Argument Calendar.
D.C. Docket No. 04–14022–CR–DMM.

United States Court of Appeals,
Eleventh Circuit.

March 27, 2006.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Kathleen M. Williams, Miami, FL, and Leon Daniel Watts, West Palm Beach, FL, for Defendant–Appellant.

Before ANDERSON, DUBINA and HULL, Circuit Judges.

PER CURIAM:

Leon D. Watts, appointed counsel for Keith Maurice McFadden in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and McFadden's conviction and sentence are AFFIRMED.